UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-752-F

| | | |
|---|---|---|
| GRAHAM YATES AND BECK YATES, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| AIR LIQUID SYSTEMS ET AL., | ) | |
| Defendants. | ) | |

The Clerk of Court is DIRECTED to reassign this case to another district judge so as to avoid any appearance of a conflict.

SO ORDERED.

This the 28th day of November, 2012.

JAMES C. FOX
Senior United States District Judge