IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
)

GRAHAM YATES and BECKY YATES,

Plaintiffs,

C/A No. 5:12-CV-00752-FL

vs.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

Defendants.

## ORDER OF DISMISSAL OF DEFENDANT
## UNION CARBIDE CORPORATION

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiff's claims against only Defendant Union Carbide Corporation pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure..

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Graham Yates and Becky Yates against the Defendant Union Carbide Corporation are hereby **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED this 14th day of March, 2013

_____
United States District Court Judge