IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRAHAM YATES and<br>BECKY YATES, spouse,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, et al<br><br>Defendants. | (EDNC File No.5:12-cv-00752-FL) |

### ORDER OF DISMISSAL OF DEFENDANT
### WARREN PUMPS, LLC

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against *only* Defendant Warren Pumps, LLC, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Graham Yates and Becky Yates against the Defendant Warren Pumps, LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 17TH day of April, 2013

_____
United States District Court Judge