IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-752-FL

| | | |
|---|---|---|
| GRAHAM YATES and BECKY YATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER |
| AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC., individually and as successor-in-interest to The Delaval Separator Company; ALFA LAVAL, INC.; ARMSTRONG INTERNATIONAL, INC.; BORG-WARNER MORSE TEC, INC., individually and as successor-in-interest to Borg-Warner Corporation; CBS CORPORATION; CRANE CO.; CROWN CORK & SEAL COMPANY, INC., individually and as successor-in-interest to Mundet Cork Company; DANA COMPANIES LLC; ELLIOTT TURBO MACHINERY COMPANY; FLOWSERVE US INC., individually and as successor-in-interest to Edward Valve, Inc.; FMC CORPORATION, individually and as successor-in-interest to Northern Pump Company; FORD MOTOR COMPANY; FOSTER WHEELER ENERGY CORPORATION; THE GATES CORPORATION; GENERAL ELECTRIC COMPANY; HOBART BROTHERS COMPANY; HONEYWELL INTERNATIONAL, INC., successor-in-interest to Bendix Corporation; HOPEMAN BROTHERS INC.; IMO INDUSTRIES, INC., individually and as successor-in-interest to Delaval Turbine, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| Inc.; JOHN CRANE, INC.; MCNALLY INDUSTRIES, LLC, individually and as successor-in-interest to Northern Fire Apparatus Company; METROPOLITAN LIFE INSURANCE COMPANY; UNICOAT SALES LLC, individually and as successor-in-interest to KST Coatings LLC; UNION CARBIDE CORPORATION; VELAN VALVE CORPORATION; WARREN PUMPS LLC; WEIR VLAVES & CONTROLS USA, INC., THE WILLIAM POWELL COMPANY; and, YARWAY CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

This matter comes before the court on joint motion of plaintiffs and defendant Yarway Corporation to dismiss without prejudice all claims against defendant Yarway Corporation pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (DE 125). For cause shown, it is hereby ordered that the joint motion to dismiss is GRANTED (DE 125), and the claims of plaintiffs against defendant Yarway Corporation are hereby DISMISSED, without prejudice.

Also before the court are two motions for extension of time to respond to discovery (DE 123, 124), made by defendants Borg-Warner Morse Tec, Inc. and General Electric Company, respectively. As they have obtained consent and shown good cause, defendants' motions to extend discovery response time are GRANTED (DE 123, 124).

2

SO ORDERED, this the 5TH day of June, 2013.

                                                      LOUISE W. FLANAGAN
                                                     United States District Judge