IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GRAHAM YATES and BECKY YATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | EDNC File No. 5:12-CV-00752-FL |
| | ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court upon motion by Plaintiffs, GRAHAM YATES and BECKY YATES, and Defendant WILLIAM POWELL COMPANY, to dismiss without prejudice all claims against WILLIAM POWELL COMPANY in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against WILLIAM POWELL COMPANY without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, GRAHAM YATES and BECKY YATES against Defendant WILLIAM POWELL COMPANY be dismissed without prejudice and each party to bear its own costs.

This 11th day of June, 2013.

_____
United States District Court Judge