UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Case No. 5:12-CV-00752-FL

GRAHAM YATES                          :
and BECKY YATES,                      :
                                      :
            Plaintiffs,               :
                                      :        **ORDER**
      v.                              :
                                      :
AIR & LIQUID SYSTEMS CORPORATION, :
et al.,                               :
                                      :
            Defendants.               :

THIS MATTER is before the Court upon joint motion by the Plaintiffs, Graham Yates and Becky Yates, by and through counsel, and Defendant, Flowserve US Inc., solely as successor to Edward Valves, Inc. (incorrectly sued as Flowserve US, Inc., individually and as successor-in-interest to Edward Valve, Inc.), to dismiss without prejudice all claims against said Defendant Flowserve US Inc., solely as successor to Edward Valves, Inc., in this case, with each of said parties bearing its own costs and fees incurred in this litigation between them. It appearing that grounds exist to permit Plaintiffs and said Defendant to do so, and that the motion should be granted for good cause shown;

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the joint motion to dismiss is ALLOWED, and that all claims of the Plaintiffs, Graham Yates and Becky Yates, against Defendant, Flowserve US Inc., solely as successor to Edward Valves, Inc., are hereby dismissed without prejudice, each of said parties to bear its own costs and fees incurred in this case.

SO ORDERED this 22ND day of July , 2013.

Louie V. Flanagan
LOUISE WOOD FLANAGAN
United States District Judge