IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:12-cv-752-FL

GRAHAM YATES and
BECKY YATES,
                    Plaintiffs,

v.

AIR & LIQUID SYSTEMS
CORPORATION, et al,
Including JOHN CRANE INC.

                     Defendants.

**ORDER**

This matter was heard by the undersigned upon motion by Plaintiffs, GRAHAM YATES and BECKY YATES, and Defendant JOHN CRANE INC., to dismiss without prejudice all claims against JOHN CRANE INC. in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against JOHN CRANE INC. without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, GRAHAM YATES and BECKY YATES against Defendant JOHN CRANE INC. be dismissed without prejudice, and each party to bear its own costs.

This the 29TH day of July, 2013.

_____
United States District Court Judge