IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRAHAM YATES and<br>BECKY YATES, spouse,<br><br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, et al.<br><br>    Defendants. | File No. 5:12-cv-00752-FL |

## ORDER

This Motion is before the Court upon joint motion by Plaintiffs, Graham Yates and Becky Yates, and Defendant Hopeman Brothers, Inc., by and through their respective counsel, to dismiss, without prejudice, all claims against Defendant Hopeman Brothers, Inc., with each party bearing its own costs and fees in this action. It appearing that grounds exist permitting Plaintiffs and said Defendant, Hopeman Brothers, Inc., to do so, and that the Motion should be granted for good cause shown.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the joint motion to dismiss is GRANTED and that all claims against Defendant Hopeman Brothers, Inc. are hereby dismissed without prejudice and each party is to bear its own costs and fees in this action.

This, the 30th day of July, 2013.

_____
United States District Court Judge