IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| **GRAHAM YATES** and | ) | |
| **BECKY YATES**, spouse, | ) | |
| | ) | Civil Action No. 5:12-cv-00752-FL |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AIR & LIQUID SYSTEMS** | ) | |
| **CORPORATION, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against Defendant The Gates Corporation pursuant to Rule 41(a)(2), Federal Rules of Civil procedure.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Graham Yates and Becky Yates against the Defendant The Gates Corporation are hereby **DISMISSED WITHOUT PREJUDICE** each party to bear their own costs.

This __8th__ day of __August__, 2013.

_____
United Stated District Court Judge