IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRAHAM YATES and<br>BECKY YATES, spouse,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, et al.<br><br>Defendants. | Civil Action No. 5:12-cv-00752-FL |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation pursuant to Rule 41(a)(2), Federal Rules of Civil procedure.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Graham Yates and Becky Yates against the Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation are hereby **DISMISSED WITH PREJUDICE** each party to bear their own costs.

This  6th  day of  October , 2014.

_____
United Stated District Court Judge