IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:12-CV-00752-FL

| | |
|---|---|
| Graham Yates and Becky Yates, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Air & Liquid Systems Corporation, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL OF DEFENDANT CRANE CO.

THIS MATTER is before the Court, with the consent and approval of parties, to

dismiss the captioned Plaintiffs' claims against only Defendant Crane Co. pursuant to Rule

41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED, that the claims of Plaintiffs Graham Yates and

Becky Yates against Defendant Crane Co., are hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this _23rd_ day of _October_, 2014.

_____
United States District Court Judge