IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:12-CV-00752-FL

| | |
|---|---|
| Graham Yates and Becky Yates, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| Air & Liquid Systems Corporation, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION

THIS MATTER is before the Court, with the consent and approval of parties, to dismiss the captioned Plaintiffs' claims against only Defendant Air & Liquid Systems Corporation pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED, that the claims of Plaintiffs Graham Yates and Becky Yates against Defendant Air & Liquid Systems Corporation, are hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 23rd day of October, 2014.

_____
United States District Court Judge