IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:12-CV-00752-FL

| | |
|---|---|
| Graham Yates and Becky Yates, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Air & Liquid Systems Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL OF DEFENDANT ATWOOD & MORRILL

THIS MATTER is before the Court, with the consent and approval of parties, to dismiss the captioned Plaintiffs' claims against only Defendant Atwood & Morrill, improperly plead as Weir Valves and Controls USA, Inc. f/k/a Atwood & Morrill, hereinafter referred to as Atwood & Morrill, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED, that the claims of Plaintiffs Graham Yates and Becky Yates against Defendant Atwood & Morrill, are hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 23rd day of October, 2014.

_____
United States District Court Judge