IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRAHAM YATES and BECKY YATES, spouse, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FORD MOTOR COMPANY, et al., | ) ) ) |
| Defendants. | ) |

EDNC File No.5:12-cv-00752-FL

## **PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE BANKRUPTCY CLAIM FORMS**

Plaintiffs Graham Yates and Becky Yates respectfully ask that the Court exclude bankruptcy claim forms from the trial in this case because the documents are cumulative of other evidence. In the alternative, Plaintiffs ask that the Court redact from the documents any reference to bankruptcy, bankruptcy trusts or bankruptcy claims before the documents are shown to the jury.

Respectfully submitted,

/s/ *Kevin W. Paul*
Kevin W. Paul (*Pro Hac Vice*)
MSBA #43730
Jeffrey B. Simon
Texas Bar No. 00788420
Attorney for Plaintiff
Simon Greenstone Panatier Bartlett
3232 McKinney Ave, Ste 610
Dallas, TX 75204
214-687-3248
kpaul@sgpblaw.com
jsimon@sgpblaw.com
*Local Civil Rule 83.1 Counsel*

*/s/ Janet Ward Black*
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiff
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC  27401
336-333-2244
jwblack@wardblacklaw.com
*Local Civil Rule 83.1 Counsel*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2015, I electronically filed the foregoing true and correct copy of  PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE BANKRUPTCY CLAIM FORMS with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record in the above-referenced matter.

*/s/ Kevin W. Paul*
Kevin W. Paul