| | | |
|---|---|---|
| GRAHAM YATES and | ) | EDNC File No.5:12-cv-00752-FL |
| BECKY YATES, spouse, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Motion in *limine* having been made by Plaintiffs Graham Yates and Becky Yates, and the

Court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED** that PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE

BANKRUPTCY CLAIM FORMS is **GRANTED.**

This the _____ day of _____, 2015.


_____
LOUISE W. FLANAGAN
United States District Court Judge