IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRAHAM YATES and<br>BECKY YATES,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et. al,<br><br>Defendants. | CIVIL ACTION<br>CASE NO. 5:12-cv-00752-FL |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon motion by Plaintiffs, Graham Yates and Becky Yates, his spouse, and Defendant, Metropolitan Life Insurance Company ("Metropolitan Life"), by and through counsel, to dismiss <u>without</u> prejudice all claims against Defendant Metropolitan Life Insurance Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Metropolitan Life Insurance Company, without prejudice, and that the motion should be granted for good causes shown.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, Graham Yates and Becky Yates, his spouse, against Metropolitan Life Insurance Company, be dismissed Without Prejudice. Each party shall bear their own respective costs.

This, the  1st   day of April, 2015.

_____
United States District Court Judge