IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GRAHAM YATES and BECKY YATES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 5:12-cv-00752-FL |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

### FORD'S MOTION TO STRIKE, MOTION TO QUASH OR ENTER PROTECTIVE ORDER, AND MOTION FOR RECONSIDERATION OF ORDER AT D.E. 423

Pursuant to Federal Rules of Civil Procedure 16, 26, 37, 45, and 60, Defendant Ford Motor Company ("Ford") hereby moves to strike Plaintiffs' amended pre-trial disclosures, to quash or enter a protective order against Plaintiffs' newly-issued subpoena to Dennis Paustenbach, and for reconsideration of its Order at D.E. 423 denying Ford's motion to quash/motion for protective order from Plaintiffs' previously-issued subpoenas to Richard Schlenker, Mark Garavaglia, and Patrick Sheehan for the reasons set forth in its contemporaneously-filed Memorandum In Support.

This the 12th day of June, 2015.

1

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: /s/ Addie K.S. Ries
Kirk G. Warner
North Carolina State Bar No. 16238
Christopher R. Kiger
North Carolina State Bar No. 28618
Addie K.S. Ries
North Carolina State Bar No. 31759
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
E-Mail: kwarner@smithlaw.com
ckiger@smithlaw.com
aries@smithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Janet Ward Black    jwblack@wardblacklaw.com
Kevin W. Paul    kpaul@sgpblaw.com
Charles E. Soechting    csoechting@sgpblaw.com
Jeffrey B. Simon    jsimon@sgpblaw.com
H. Lee Davis, Jr.    ldavis@davisandhamrick.com
Holly A. Hempel    holly.hempel@nelsonmullins.com
Bruce T. Bishop    bbishop@wilsav.com

                               SMITH, ANDERSON, BLOUNT, DORSETT,
                                    MITCHELL & JERNIGAN, L.L.P.

                 By:     /s/ Addie K.S. Ries
                           Kirk G. Warner
                           North Carolina State Bar No. 16238
                           Christopher R. Kiger
                           North Carolina State Bar No. 28618
                           Addie K.S. Ries
                           North Carolina State Bar No. 31759
                           Post Office Box 2611
                           Raleigh, North Carolina 27602-2611
                           Telephone:     (919) 821-1220
                           Facsimile:     (919) 821-6800
                           E-Mail:    kwarner@smithlaw.com
                                           ckiger@smithlaw.com
                                           aries@smithlaw.com

                           *Attorneys for Ford Motor Company*