IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRAHAM YATES and BECKY YATES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 5:12-cv-00752-FL<br>) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | )<br>)<br>) |
| Defendants. | ) |

### PROPOSED ORDER GRANTING FORD'S MOTION TO STRIKE, MOTION TO QUASH OR ENTER PROTECTIVE ORDER, AND MOTION FOR RECONSIDERATION OF ORDER AT D.E. 423

This matter having come before the Court on Ford's Motion to Strike, Motion to Quash or Enter Protective Order, and Motion for Reconsideration of Order at D.E. 423 (D.E. ___) and for the reasons set forth in Ford's Memorandum in Support (D.E. ___), the Court finds that there is good cause to strike Plaintiffs' amended pre-trial disclosures, and to quash and enter a protective order against Plaintiffs' subpoenas to Dennis Paustenbach, Richard Schlenker, Mark Garavaglia, and Patrick Sheehan.

THEREFORE it is hereby ORDERED that Ford's Motion is granted and Plaintiffs' amended pre-trial disclosures are hereby stricken and Plaintiffs' subpoenas to Dennis Paustenbach, Richard Schlenker, Mark Garavaglia, and Patrick Sheehan are hereby quashed and subject to a protective order excusing compliance with these subpoenas.

This the ____ day of June, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge

1