# INDEX OF EXHIBITS

EXHIBIT A - Redline Comparison of Plaintiffs' Original and Amended Pretrial Disclosure

EXHIBIT B - Pages 1-50 - Highlighted Comparison of Plaintiffs' Original and Amended Exhibit List

EXHIBIT B - Pages 51-97 - Highlighted Comparison of Plaintiffs' Original and Amended Exhibit List

EXHIBIT C - Plaintiffs' Subpoenas to Paustenbach, Schlenker, Garavaglia, and Sheehan

EXHIBIT D - Plaintiffs' Interrogatory Responses