IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA FUQUAY YATES, ) | | File No.5:12-cv-00752-FL |
| Individually and as Executor of the ) | | |
| Estate of GRAHAM YATES, Deceased ) | | |
| ) | | |
| Plaintiffs ) | | |
| v. ) | | |
| ) | | |
| FORD MOTOR COMPANY, et al. ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFFS' NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY**

Pursuant to Local Rule 7.1(g), Plaintiffs respectfully submit to the Court the following opinions as subsequently decided authority in support of their Motion for Reconsideration (Doc. 471):

- *Estenson v. Caterpillar, Inc.*, No. 71429-5-I (Wash. Ct. App. Sept. 8, 2015) (Exhibit A); and

- *Foote v. Advance Auto Parts, Inc., et al.*, LACV110386 (Iowa Dist. Ct. Sept. 7, 2015) (Exhibit B).

                                                  Respectfully submitted,

                                                  /s/ *Kevin W. Paul*
                                                  Kevin W. Paul (*Pro Hac Vice*)
                                                  MSBA #43730
                                                  Jeffrey B. Simon (*Pro Hac Vice*)
                                             Texas Bar No. 00788420
                                                  Attorneys for Plaintiff
                                                  Simon Greenstone Panatier Bartlett
                                                  3232 McKinney Ave, Ste 610
                                                  Dallas, TX 75204
                                                  214-687-3248
                                                  kpaul@sgpblaw.com
                                                  jsimon@sgpblaw.com
                                                  *Local Civil Rule 83.1 Counsel*

1

>  */s/ Janet Ward Black*
> Janet Ward Black
> NC State Bar 12869
> Attorney for Plaintiff
> Ward Black Law
> 208 W. Wendover Ave.
> Greensboro, NC  27401
> 336-333-2244
> jwblack@wardblacklaw.com
> *Local Civil Rule 83.1 Counsel*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 8, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record in the above-referenced matter.

>  */s/ Kevin W. Paul*
> Kevin W. Paul