UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

REBECCA FUQUAY YATES, )
Individually and as Executor of the )
Estate of GRAHAM YATES, )
Deceased, )
 )
           Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:12-CV-752-FL
FORD MOTOR COMPANY and )
HONEYWELL INTERNATIONAL, )
INC., successor-in-interest to Bendix )
Corporation f/k/a Allied-Signal, Inc. )
 )
           Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's orders entered January 31, 2014; February 21, 2014; September 30, 2014; and December 17, 2015, and for the reasons set forth more specifically therein, that:

(1)     The motions for summary judgment filed by defendants IMO Indistries, Inc.; FMC Corporation; Dana Companies, LLC; General Electric Company; Foster Wheeler Energy Corporation; and Crown Cork & Seal Company, Inc. [DE 166, 168, 176, 177, 178, 179] are granted.

(2)     The motion for summary judgment filed by defendants Ford Motion Company and Honeywell International, Inc. [DE 171, 173] are granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all other defendants named in this litigation were dismissed pursuant to the court's orders entered at docket entries 116, 120, 126, 138, 139, 140, 150, 153, 156, 162, 163, 200, 206, 218, 226, 227, 228, 229, 230, and 313 with the exception of defendant McNally Industries, Inc. who was dismissed by stipulation of the parties at docket entry 146.

**This Judgment Filed and Entered on December 18, 2015, and Copies To:**
All counsel of record via CM/ECF Notice of Electronic Filing

This 18th day of December, 2015.    JULIE A. RICHARDS, CLERK
　　　　　　　　　　　　　　　　　　　　 /s/ Christa N. Baker
　　　　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk